IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

ROGER D. WILLBORN and MAGELYN JAY )
WILLBORN, husband and wife, )
)
Plaintiffs, )
)
v. )
)
JAMES E. BRAMWELL, )
SANDRA L. BRAMWELL, )
JAMES BRAMWELL d/b/a BRAMWELL HUNTING )
)
Defendants. )
)

---

**COMPLAINT AND JURY DEMAND**

---

COME NOW Plaintiffs by and through their undersigned attorneys, and for their causes of action against Defendants, state and allege as follows:

**JURISDICTION AND VENUE**

1. At all times relevant hereto, PLAINTIFFS ROGER D. WILLBORN and MAGELYN JAY WILLBORN, husband and wife, were residents and citizens of the State of Texas residing at 38 Walnut Grove Road, Boerne, Kendall County, Texas 78006.

2. At all times relevant hereto, the DEFENDANTS JAMES E. BRAMWELL and SANDRA L. BRAMWELL, husband and wife, were residents and citizens of the State of Colorado residing at County Road 391 460, Chromo, Archuleta County, Colorado, and that at all times relevant hereto Defendants were doing business in the State of Colorado and at all times relevant hereto owned County Road 391 460, Chromo, Colorado.

- 1 -

3.  At all times relevant hereto DEFENDANT JAMES BRAMWELL D/B/A BRAMWELL HUNTING was a sole proprietorship located in the State of Colorado, Chromo, Archuleta County, Colorado, conducting the business of guided elk hunts in the State of Colorado.

4.  The amount in controversy exceeds the sum of $75,000, exclusive of costs and interest, and this Court has jurisdiction under the provisions of 28 U.S.C. § 1332(a)(1), diversity of citizenship.

5.  Pursuant to 28 U.S.C. § 1391(a)(1) and (2) venue is proper in this district as all Defendants reside in Colorado and the occurrence giving rise to the injuries of PLAINTIFF ROGER D. WILLBORN occurred in Archuleta County, Colorado, which is located within the District of Colorado.

## GENERAL ALLEGATIONS

6.  All of the acts complained of herein occurred in Archuleta County, Colorado.

7.  DEFENDANTS JAMES AND SANDRA BRAMWELL own a ranch located at or near County Road 391 460, Chromo, Colorado, which property is classified agricultural. That in or about October 2006 Defendants invited PLAINTIFF ROGER D. WILLBORN to hunt on their ranch near Chromo, Colorado. That PLAINTIFF ROGER D. WILLBORN exchanged services, in the form of the installation of a sprinkler system for DEFENDANT JAMES BRAMWELL for the guided hunt. That beginning on October 21, 2006, Defendants guided a hunt for elk for PLAINTIFF ROGER D. WILLBORN and his stepson, West Villasana, on their ranch. That during this guided hunt Plaintiff's stepson, Mr. Villasana, killed an elk on Defendants' ranch and that on or about October 25, 2006 Defendants invited PLAINTIFF ROGER D. WILLBORN and his stepson onto their property to retrieve the elk, and as such,

under C.R.S. §13-21-115 PLAINTIFF ROGER D. WILLBORN was a business invitee of Defendants.

8.     That at said time and place, Defendants furnished a Kubota farm tractor to PLAINTIFF ROGER D. WILLBORN and his stepson and invited them to ride on the tractor in order to retrieve the elk on Defendants' property. Defendants had furnished the same tractor to Plaintiff the year before to retrieve an elk after the hunt. That Defendants' agent and employee, Alvin Schaas, met up with PLAINTIFF ROGER D. WILLBORN and Mr. Villasana, and rode along on the tractor to retrieve the elk, standing on the fender on one side, and that Plaintiff stood on the step on the other side. That the step of Defendants' Kubota tractor, on which Plaintiff was standing, had been damaged and subsequently altered or repaired by Defendants, their agents or their employees. That traveling en route to retrieve the elk, the step on which Plaintiff had been instructed to stand broke; throwing Plaintiff violently to the ground and that the tractor subsequently ran over Plaintiff, seriously injuring him.

9.     That DEFENDANTS failed to exercise reasonable care to protect PLAINTIFF ROGER WILLBORN against dangerous activities that were within their knowledge and conducted on their property by their employee, Mr. Schaas.

### FIRST CLAIM FOR RELIEF
### (Premises Liability – All Defendants)

10     Plaintiffs incorporate the allegations of Paragraphs 1-9 of the Complaint as though fully set forth herein.

11.    That Defendants James and Sandra Bramwell are the landowners and in possession and control of the ranch or property on which PLAINTIFF ROGER D. WILLBORN was injured.

12.    That Defendants James and Sandra Bramwell are responsible for the condition of their agricultural property and for the activities conducted thereon.

13. That Defendants James and Sandra Bramwell invited PLAINTIFF ROGER D. WILLBORN onto their property, pursuant to C.R.S. § 13-21-115, to transact the business of a guided elk hunt, an activity in which Plaintiff and Defendants were mutually interested. That PLAINTIFF ROGER D. WILLBORN exchanged services, in the form of installation of a sprinkler system, with Defendants for the guided elk hunt and that, as such, PLAINTIFF ROGER D. WILLBORN was a business invitee of Defendants under C.R.S. § 13-21-115.

14. That Defendants James and Sandra Bramwell were responsible for the activities conducted on their property at the time of the accident.

15. That Defendants failed to exercise reasonable care by permitting Plaintiff to ride on the step of an altered, repaired and defective tractor, that they failed to protect Plaintiff against the danger of riding on an altered, repaired and defective tractor and that Defendants knew of the danger.

16. Defendants' failure to protect Plaintiff against the dangers of the altered, repaired and defective tractor and against the dangerous activities conducted on their property caused PLAINTIFF ROGER D. WILLBORN's injuries.

17. That PLAINTIFF ROGER D. WILLBORN's damages are in an amount to be proven at trial.

### SECOND CLAIM FOR RELIEF
### (Loss of Consortium – All Defendants)

18. Plaintiffs incorporate the allegations of Paragraphs 1-17 of the Complaint as though fully set forth herein.

19. That as a direct and proximate result of the conduct of the aforementioned Defendants PLAINTIFF ROGER D. WILLBORN was injured.

20.     That as a result of PLAINTIFF ROGER D. WILLBORN's injuries caused by Defendants, PLAINTIFF MAGELYN JAY WILLBORN has been deprived of the affection, society, companionship, household services or aid, care, comfort, consortium and advice of her husband, PLAINTIFF ROGER D. WILLBORN, and is entitled to damages therefor.

21.     That PLAINTIFF MAGELYN JAY WILLBORN and PLAINTIFF ROGER D. WILLBORN were married at the time PLAINTIFF ROGER D. WILLBORN was injured by Defendants.

22.     That PLAINTIFF MAGELYN JAY WILLBORN's damages are in an amount to be proven at trial.

WHEREFORE, Plaintiffs pray for judgment against the Defendants, and each of them, as follows:

1.      For the payment of all economic damages, including but not necessarily limited to loss of income, medical expenses and expenses of medications incurred to date, together with a reasonable sum for medical services and medications needed in the future;

2.      For the payment of all non-economic damages as and for physical and mental pain and suffering, impairment of the quality of life, inconvenience, and emotional stress caused by the injuries sustained by Plaintiffs.

3.      For the attorneys' fees and costs of the Plaintiffs incurred herein;

4.      For pre- and post-judgment interest as allowed by Colorado law;

5.      For reasonable damages for the loss of affection, society, companionship, household services or aid, care, comfort, consortium and advice of her husband due to MAGELYN JAY WILLBORN.

6.      For such other and further relief as the Court may deem just under the circumstances.

## REQUEST FOR JURY TRIAL

Plaintiffs demand a trial of a jury of six (6).

DATED this 25th day of October, 2007

*Attorneys for Plaintiffs*

/s/ Marla C. Underell
Mclachlan, Whitley & Underell, LLC
Marla C. Underell
Michael E. McLachlan
813 Main Avenue, #308
P.O. Box 2670
Durango, Colorado 81302
Telephone: 970-247-8236
Fax:  970-247-8689
Email: marla@mcwhitlaw.com


/s/ S. Jon Trachta
S. Jon Trachta
Law and Mediation Office of  S. Jon Trachta PLLC
5115 N. Oracle Rd.
Tucson, AZ 85704
Telephone:  520-321-1945

/s/ Thomas Davis
Thomas J. Davis
Davis & Eppstein, P.C.
5115 N. Oracle Road
Tucson, Arizona  85704
Telephone:  520-624-1774



Plaintiffs' Address:
Roger and Magelyn Willborn
38 Walnut Grove Road
Boerne, Texas 78006