IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02260-RPM

ROGER D. WILLBORN and
MAGELYN JAY WILLBORN,

      Plaintiffs,

v.

JAMES E. BRAMWELL,
SANDRA L. BRAMWELL,
JAMES BRAMWELL d/b/a BRAMWELL HUNTING,

      Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE

_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **January 24, 2008, at**

**2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States

Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with

the Instructions for Preparation of Scheduling Order which may be found at

**http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch

Procedures) and use the format provided with those instructions.  The proposed order

(original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on**

**January 17, 2008.**

The conference is conducted with counsel only and no parties or representatives

of parties will be permitted to attend.

Dated: November 27th, 2007

                    BY THE COURT:

                    s/ Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior District Judge