IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02260-RPM

ROGER D. WILLBORN and
MAGELYN JAY WILLBORN,

    Plaintiffs,

v.

JAMES E. BRAMWELL,
SANDRA L. BRAMWELL,
JAMES BRAMWELL d/b/a BRAMWELL HUNTING,

    Defendants.

---

ORDER VACATING ORDER SETTING SCHEDULING CONFERENCE

---

    On October 26, 2007, this Court entered an Order of Reference to Magistrate Judge David L. West for the purpose of convening a scheduling conference and settlement conferences and determining pretrial matters and on November 27, 2007, the Court inadvertently entered an Order Setting Scheduling Conference. It is therefore

    ORDERED that the Order Setting Scheduling Conference [8] entered on November 27, 2007, is vacated.

    Dated: November 28th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge