**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Civil Action No. 07-CV-02260-RPM-DLW**

**ROGER D. WILLBORN and
MAGELYN JAY WILLBORN,**

**Plaintiff(s),**

**vs.**

**JAMES E. BRAMWELL,
SANDRA L. BRAMWELL,
JAMES BRAMWELL, d/b/a BRAMWELL HUNTING,**

**Defendant(s).**

---

**ORDER RE: PLAINTIFFS' OPPOSED MOTION TO AMEND FIRST
AMENDED SCHEDULING ORDER TO EXTEND
THE DISCOVERY CUTOFF DEADLINE [Doc. #60]**

---

Plaintiffs' Opposed Motion to Amend First Amended Scheduling Order to Extend the

Discover Cutoff Deadline [Doc. #60] was referred to the Magistrate Judge by the Hon. Richard P.

Matsch on March 23, 2009.  The Magistrate Judge has reviewed the Plaintiffs' Motion [Doc. #60]

and the Defendants' Objections to Plaintiffs' Motion {Doc. #62], and

**IT IS HEREBY ORDERED** that Plaintiffs' Motion be **GRANTED** to extend the Discovery

Cutoff Deadline, however, the Court will only extend the deadline to **May 22, 2009**.

**BY THE COURT:**

**s/David L. West**
**United States Magistrate Judge**