IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02260-RPM

ROGER D. WILLBORN and
MAGELYN JAY WILLBORN,

    Plaintiffs,

v.

JAMES E. BRAMWELL,
SANDRA L. BRAMWELL,
JAMES BRAMWELL d/b/a BRAMWELL HUNTING,
KUBOTA TRACTOR CORPORATION,
PPIR INVESTMENTS LLC d/b/a PIKES PEAK INTERNATIONAL RACEWAY,
PIKES PEAK INTERNATIONAL RACEWAY, LLC,

    Defendants.

---

ORDER FOR DISMISSAL OF DEFENDANT KUBOTA TRACTOR CORPORATION

---

    Pursuant to the Stipulated Motion for Dismissal with Prejudice [64], filed on April 9, 2009, it is

    ORDERED that the complaint is dismissed as to Defendant Kubota Tractor Corporation, each party to bear their own costs and attorney's fees incurred prior to the date of dismissal.

    Dated: April 9th, 2009

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge