IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Civil Action No. 07-CV-02260-RPM-DLW

ROGER D. WILLBORN and
MAGELYN JAY WILLBORN,

Plaintiff(s),

vs.

JAMES E. BRAMWELL,
SANDRA L. BRAMWELL,
JAMES BRAMWELL, d/b/a BRAMWELL HUNTING,

Defendant(s).

---

**ORDER RE: DEFENDANT'S MOTION TO AMEND FIRST AMENDED SCHEDULING ORDER TO EXTEND THE DISPOSITIVE MOTIONS DEADLINE [DOC. #65]**

---

Defendants' Motion to Amend First Amended Scheduling Order to Extend the Dispositive Motions Deadline [Doc. #65] was referred to the Magistrate Judge by the Hon. Richard P. Matsch on April 9, 2009.

There has been no responsive pleading filed by counsel for the Plaintiffs. The Magistrate Judge has made inquiry to Marla C. Underell, counsel for the Plaintiff, and she has stated that the Plaintiffs are not opposed to the motion being granted, therefore;

**IT IS HEREBY ORDERED** that Defendants' Motion to Amend First Amended Scheduling Order to Extend the Dispositive Motions Deadline to June 22, 2009 is **GRANTED**.

DATED: May 14, 2009.            BY THE COURT:

                                s/David L. West
                                **United States Magistrate Judge**