**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:
Courtroom Deputy:     J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

07-cv-02260-RPM

ROGER D. WILLBORN and                                    Stanley J. Trachta
MAGELYN JAY WILLBORN,

      Plaintiffs,

v.

JAMES E. BRAMWELL,                                      Susan M. Stamm
SANDRA L. BRAMWELL,
JAMES BRAMWELL d/b/a BRAMWELL HUNTING,
KUBOTA TRACTOR CORPORATION,
PPIR INVESTMENTS LLC d/b/a PIKES PEAK INTERNATIONAL RACEWAY,
PIKES PEAK INTERNATIONAL RACEWAY, LLC,

      Defendants.

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**1:57 p.m.**        **Court in session.**

Court's preliminary remarks and states its understanding of the case.

2:03 p.m.        Argument by Mr. Trachta.

2:19 p.m.        Argument by Ms. Stamm.

**ORDERED:    Defendants' Motion for Summary Judgment, filed June 22, 2009 [71], is
                denied.**

Counsel state the case is ready for trial.
Discussion regarding scheduling.

Court states case will be set for trial.

**2:28 p.m. Court in recess.**   Hearing concluded.  Total time: 31 min.