IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02260-RPM

ROGER D. WILLBORN and
MAGELYN JAY WILLBORN,

    Plaintiffs,

v.

JAMES E. BRAMWELL,
SANDRA L. BRAMWELL, and
JAMES BRAMWELL d/b/a BRAMWELL HUNTING,
PPIR INVESTMENTS LLC d/b/a PIKES PEAK INTERNATIONAL RACEWAY and
PIKES PEAK INTERNATIONAL RACEWAY, LLC,

    Defendants.

---

ORDER VACATING DEFAULT JUDGMENTS AND FOR DISMISSAL OF DEFENDANTS PPIR INVESTMENTS LLC D/B/A PIKES PEAK INTERNATIONAL RACEWAY AND PIKES PEAK INTERNATIONAL RACEWAY, LLC

---

    At the hearing on the motion of defendants James E. Bramwell, Sandra L. Bramwell and James Bramwell d/b/a Bramwell Hunting, held today, counsel for the plaintiffs admitted that he had no evidence to support a claim against defendants PPIR Investments LLC d/b/a Pikes Peak International Raceway and Pikes Peak International Raceway, LLC. On September 28, 2009, Magistrate Judge David L. West entered default judgments against those defendants without making any determination of facts to support their liability. The default judgments should therefore be vacated and these defendants dismissed. Accordingly, it is

    ORDERED that the default judgments entered on September 28, 2009, against defendants PPIR Investments LLC d/b/a Pikes Peak International Raceway and Pikes Peak International Raceway, LLC are

vacated and it is

       FURTHER ORDERED that those defendants are dismissed.

Dated: December 28th , 2009

                        BY THE COURT:

                        S/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge