IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02260-RPM

ROGER D. WILLBORN and
MAGELYN JAY WILLBORN,

    Plaintiffs,

v.

JAMES E. BRAMWELL,
SANDRA L. BRAMWELL, and
JAMES BRAMWELL d/b/a BRAMWELL HUNTING,

    Defendants.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the December 28, 2009, hearing, it is

ORDERED that this matter is set for trial to jury on **August 16, 2009, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: December 30th, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge