IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02260-RPM-DW

ROGER D. WILLBORN and MAGELYN JAY WILLBORN, husband and wife,

Plaintiffs,

v.

JAMES E. BRAMWELL, SANDRA L. BRAMWELL, JAMES BRAMWELL d/b/a BRAMWELL HUNTING,

Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the parties' Stipulation for Dismissal with Prejudice [85], it is

ORDERED that this action and the Complaint herein are dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED this 13th day of July, 2010.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge